IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TRACEY EDWARD BROWN, | ) |
| Petitioner, | ) |
| v. | ) Case No. CIV-15-29-D |
| JIM FARRIS, *et al.*, | ) |
| Respondents. | ) |

## O R D E R

This matter is before the Court for review of the Report and Recommendation issued May 18, 2016, by United States Magistrate Judge Shon T. Erwin pursuant to 28 U.S.C. § 636(b)(1)(B) and (C). Judge Erwin recommends a denial of Mr. Brown's Petition for Writ of Habeas Corpus.

A review of the case file reflects that Petitioner has neither filed a timely objection to the Report nor requested additional time to object, even though he was informed of the deadline and the manner for filing an objection and the consequence of failing to object. Therefore, the Court finds that Petitioner has waived further review of the issues addressed in the Report.

IT IS THEREFORE ORDERED that the Report and Recommendation [Doc. No. 17] is ADOPTED in its entirety. Mr. Brown's Petition for Writ of Habeas Corpus is DENIED. Because no other matters remain pending, a separate judgment of dismissal shall be entered.

IT IS SO ORDERED this 13th day of June, 2016.

_____
TIMOTHY D. DEGIUSTI
UNITED STATES DISTRICT JUDGE